UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Minnesota Energy, Inc. a Minnesota Cooperative,

Plaintiff,

v.

Ronning Engineering Company, Inc.,

Defendant.

Court File No. 01-1058 PAM/JGL

**STIPULATION TO EXTEND TIME TO SERVE RULE 26 INITIAL DISCLOSURES**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that Rule 26 Initial Disclosures in this matter will be served within fourteen (14) days following the Pretrial Conference.

Dated: October 31, 2001

TERHAAR, ARCHIBALD, PFEFFERLE & GRIEBEL, LLP

Lisa R. Griebel

Lisa R. Griebel, #212489
Megan L. Deering, #293751
300 First Avenue North, Suite 220
Minneapolis, MN 55401
612/573-3000

Attorneys for Defendant Ronning Engineering Company, Inc.

FILED NOV 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

GISLASON & HUNTER, LLP

Dated: Nov. 2, 2001

Dustan Cross, #248952
Gislason & Hunter
2700 South Broadway
P.O. Box 458
New Ulm, MN 56073-0458

Attorneys for Plaintiff

**ORDER**

Pursuant to the foregoing Stipulation,

IT IS HEREBY ORDERED: That the parties will serve Rule 26 initial disclosures within fourteen (14) days following the Pretrial Conference.

BY THE COURT:

Dated: NOV. 6, 2001

Honorable Jonathan G. Lebedoff
United States Magistrate Judge