UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Minnesota Energy., a Minnesota corporation,

Plaintiff,

v.

Ronning Engineering Company, Inc., a Kansas corporation,

Defendant.

Court File No. 01-1058 PAM/JGL

**ORDER**

This matter came on for hearing on March 12, 2002 at 8:30 a.m. on Defendant Ronning Engineering Company, Inc's motion for leave, as Third-Party Plaintiff, to cause to be served upon Third Party Defendants, PBBS Equipment Corporation, and Par Piping and Fabrication, Inc., a Summons and Third-Party Complaint. Counsel for Plaintiff, represented by Dustan Cross, Gislason & Hunter, 2700 South Broadway, New Ulm, MN 56073-0458 was not present but did not object to the motion and waived their appearance by written correspondence to the court . Defendant Ronning Engineering was represented by Tamar N. Gronvall of Terhaar, Archibald, Pfefferle & Griebel, LLP, 300 First Avenue North, Suite 220, Minneapolis, Minnesota 55410. Based on the files, pleadings, the arguments of counsel, and all materials herein,

**IT IS HEREBY ORDERED:**

1. Defendant Ronning Engineering's Motion for Leave to Serve a Summons and Third-Party Complaint upon Third Party Defendants PBBS Equipment Corporation and Par Piping and Fabrication, Inc., is GRANTED.

FILED 3-12-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: MAR 12, 2002

BY THE COURT

Jonathan G. Lebedoff
United States Magistrate Judge