UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Minnesota Energy, a Minnesota corporation,

Plaintiff,

v.

Ronning Engineering Company, Inc., a Kansas corporation,

Defendant and Third-Party Plaintiff,

v.

PBBS Equipment Corporation, a Wisconsin corporation,

and

Par Piping and Fabrication, Inc., a Minnesota corporation,

Third-Party Defendants.

COURT FILE NO.: 01-1058 PAM/JGL

**STIPULATION TO AMEND THE SCHEDULING ORDER**

---

Pursuant to the agreement of the parties, IT IS HEREBY STIPULATED AND AGREED as follows:

WHEREAS, on or about November 5, 2001, the Court issued a scheduling order in the above-captioned matter;

WHEREAS, the scheduling order mandated that plaintiff would disclose its expert witnesses on or before July 1, 2002;

MAY 08 2002
FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

WHEREAS, the scheduling order mandated that defendant would disclose its expert witnesses on or before August 1, 2002;

WHEREAS, at the time of the scheduling order, no third-party defendants were parties to the above-captioned matter;

WHEREAS, on or about March 21, 2002, Defendant Ronning Engineering Company, Inc. brought a third-party complaint against PBBS Equipment Corporation and Par Piping and Fabrication, Inc.;

WHEREAS, in order to allow the third-party defendants an opportunity to identify and disclose their expert witnesses, if any, the Parties have agreed as follows:

1. That the scheduling order should be amended to include a Third-party defendant expert disclosure deadline of September 1, 2002.

**IT IS HEREBY AGREED AND STIPULATED**:

Dated: 05/03/02

Dustan F. Cross
Gislason & Hunter
2700 South Broadway
P.O. Box 458
New Ulm, Minnesota 56073-0458
(507) 354-3111

***Attorneys for Plaintiff Minnesota Energy***

Dated: April 26, 2002

Lisa R. Griebel
Terhaar, Archibald, Pfefferle & Griebel, LLP
300 First Ave. N., #220
Minneapolis, MN 55401
(612) 573-3000

***Attorneys for Defendant and Third-Party Plaintiff Ronning Engineering Company, Inc.***

Dated: 5/1/02

Jim Martin
Gislason, Martin & Varpness
7600 Parklawn Ave. S., #444
Minneapolis, MN 55435
(952) 831-5793

***Attorneys for Third-Party Defendant Par Piping and Fabrication, Inc.***

Dated: 5/6/02

Michael D. Hutchens
Bradley J. Lindeman
Meagher & Geer, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Third-Party Defendant PBBS Equipment Corporation***

**ORDER**

**IT IS HEREBY ORDERED** that the parties' foregoing Stipulation to Amend the Scheduling, filed herewith, is hereby adopted as this court's order in the above-captioned cause.

Dated: May 7, 2002

Jonathon G. Lebedoff
United States Magistrate Judge

/959702