UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Minnesota Energy, a Minnesota corporation,

Plaintiff,

vs.

Ronning Engineering Company, Inc.,
a Kansas corporation,

Defendant and
Third-Party Plaintiff,

vs.

PBBS Equipment Corporation,
a Wisconsin corporation, and
Par Piping and Fabrication, Inc.,
a Minnesota corporation,

Third-Party Defendants.

File No: 01-1058 JEL/JGL

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** AND ORDER

---

It is hereby stipulated by and between counsel in the above-captioned matter that all of the claims of defendant and third-party plaintiff Ronning Engineering Company, Inc. against third-party defendants PBBS Equipment Corporation and Par Piping and Fabrication, Inc. are hereby dismissed without prejudice and without costs or disbursements to any party.

TERHAAR, ARCHIBALD, PFEFFERLE
& GRIEBEL, LLP

Dated: October 16, 2002

By [signature]
Lisa R. Griebel (#212489)
Attorneys for Defendant Ronning Engineering
300 First Avenue North, Suite 220
Minneapolis, MN 55401
(612) 573-3000

FILED OCT 2 4 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

MEAGHER & GEER, PLLP

Dated: 10/19/02

By _______________
Michael D. Hutchens (#167812)
Bradley J. Lindeman (# )
Attorneys for Third-Party Defendant PBBS
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

GISLASON, MARTIN & VARPNESS, P.A.

Dated:

By _______________
James T. Martin (#68044)
Joel M. Muscoplat (#76806)
Attorneys for Third-Party Defendant Par Piping
7600 Parklawn Avenue South
Suite 444
Edina, MN 55435
(952) 831-5793

**ORDER**

IT IS ORDERED that claims of defendant and third-party plaintiff Ronning Engineering Company, Inc. against third-party defendants PBBS Equipment Corporation and Par Piping and Fabrication, Inc. are hereby dismissed without prejudice and without costs or disbursements to any party.

Dated: 10-24-02

_______________
Judge of District Court